J.H. Goldman, A.H. Goldman, A.P. Goldman, D.G. Kemper, as Executors for the Estate of Lillian Goldman and the LillianGoldman Family Trust, Petitioner-Landlord-Respondent,
against
Omer Malagic, Respondent-Tenant-Appellant.



Tenant appeals from an order of the Civil Court of the City of New York, New York County (Phyllis K. Saxe, J.), entered on or about September 24, 2015, after a nonjury trial, which set the legal regulated rent as $1,500, plus applicable increases and adjustments, commencing November 1, 2007, in a nonpayment summary proceeding.




Per Curiam.
Appeal from order (Phyllis K. Saxe, J.), entered on or about September 24, 2015, dismissed, without costs, and without prejudice to renewal upon a proper record.
The appeal is dismissed because tenant-appellant failed to assemble a proper record on appeal, including the trial transcript and exhibits (see Sebag v Narvaez, 60 AD3d 485 [2009], lv denied 13 NY3d 711 [2009]; CPLR 5526; CCA 1704). Without the benefit of a proper record, this Court cannot "render an informed decision on the merits" (Matison v County of Nassau, 290 AD2d 494, 495 [2002]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 14, 2019